# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**206**

**CA 13-01373**

PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, LINDLEY, AND WHALEN, JJ.

---

IN RE:  EIGHTH JUDICIAL DISTRICT ASBESTOS
LITIGATION.
------------------------------------------------
JOANN H. SUTTNER, EXECUTRIX OF THE ESTATE OF
GERALD W. SUTTNER, DECEASED,
PLAINTIFF-RESPONDENT,

V                                                    ORDER

A.W. CHESTERTON COMPANY, ET AL., DEFENDANTS,
AND CRANE CO., DEFENDANT-APPELLANT.

---

K&L GATES LLP, PITTSBURGH, PENNSYLVANIA (MICHAEL J. ROSS, OF THE
PENNSYLVANIA BAR, ADMITTED PRO HAC VICE, OF COUNSEL), FOR
DEFENDANT-APPELLANT.

LIPSITZ & PONTERIO, LLC, BUFFALO (JOHN N. LIPSITZ OF COUNSEL), FOR
PLAINTIFF-RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Erie County (John P.
Lane, J.H.O.), entered April 15, 2013.  The judgment awarded plaintiff
money damages against defendant Crane Co. upon a jury verdict.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered:  March 21, 2014                    Frances E. Cafarell
                                            Clerk of the Court